UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

YELENA RUGOVAC,

                Plaintiff,

      -against-

COVENANT HOUSE, *d/b/a* COVENANT HOUSE
NEW YORK,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 919 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Per this Court's endorsement, (ECF No. 11), the initial conference shall be held on August 13, 2020 at 9:30 a.m. The Clerk of Court is hereby directed to strike ECF No. 12.

Dated: June 16, 2020
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge