UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

YELENA RUGOVAC,

                Plaintiff,

-against-

COVENANT HOUSE *d/b/a* COVENANT HOUSE
NEW YORK,

                Defendants.

------------------------------------- X

ORDER

20 Civ. 919 (GBD)

GEORGE B. DANIELS, District Judge:

    The October 8, 2020 initial conference is cancelled.

Dated: October 5, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE