UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

YELENA RUGOVAC,

                Plaintiff,

  -against-

COVENANT HOUSE d/b/a COVENANT HOUSE NEW YORK,

                Defendants.

------------------------------------ x

ORDER

20 Civ. 919 (GBD)

GEORGE B. DANIELS, District Judge:

The March 4, 2021 initial conference is cancelled. The parties will appear for a status conference on June 10, 2021 at 9:30 a.m.

Dated: March 3, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE