**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YELENA RUGOVAC,

       Plaintiff,

   -against-

COVENANT HOUSE *d/b/a* COVENANT HOUSE
NEW YORK,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: JUN 1 0 2021</td></tr>
</table>

ORDER

20 Civ. 919 (GBD)

GEORGE B. DANIELS, District Judge:

   This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

Dated: June 10, 2021
   New York, New York

         SO ORDERED.

         *George B. Daniels*
         GEORGE B. DANIELS
         UNITED STATES DISTRICT JUDGE